IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST BERNARD IVY, | No. CIV S-06-1959-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY SUPERIOR COURT, | |
| Defendant. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2006, plaintiff filed an application for leave to proceed in forma pauperis (Doc. 2). Plaintiff did not, however, submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On September 14, 2006, the court provided plaintiff an opportunity to either pay the filing fee or submit a certified trust account statement, and warned plaintiff that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110. On September 28, 2006, plaintiff submitted a document purporting to be his prison trust account statement. The document, however, is not certified by any prison official as required by

1  § 1915(a)(2). The court will provide plaintiff with another opportunity to comply with the
2  court's September 14, 2006, order. Plaintiff is also warned again that failure to comply may
3  result in dismissal of this action.
4       Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
5  days of the date of this order, a certified copy of his prison trust account statement, or the
6  appropriate filing fee.

8  DATED: October 13, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE