**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARNEST BERNARD IVY,<br><br>      Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY SUPERIOR COURT,<br><br>      Defendant. | No. 2:06-CV-1959-RRB-CMK<br><br>**ORDER** |

      Plaintiff Earnest Bernard Ivy ("Plaintiff"), proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On January 25, 2007, Magistrate Judge Craig M. Kellison filed Findings & Recommendations (Docket 10) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-1959-RRB-CMK

The Court has reviewed the files and finds the Findings & Recommendations (Docket 10) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 10**, filed on January 25, 2007, are adopted in full; and

2. This matter is **DISMISSED** without prejudice.

**ENTERED** this 26th day of September, 2007.

```
                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE
```

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-1959-RRB-CMK